AMERICAN BRIDGE COMPANY OF NEW YORK, Respondent, *v.* RICHARD P. LYDON, as Executor of RICHARD W. BUCKLEY, Deceased, et al., Appellants.

*American Bridge Co.* v. *Lydon,* 145 App. Div. 916, affirmed.
(Argued December 17, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon an alleged contract of guaranty.

*Robert C. Beatty, Roger H. Anderson* and *Robert L. Redfield* for appellants.

*Harlan F. Stone* and *Chester R. Dewey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.    Absent: WERNER, J.